Certificate Number: 05781-ARE-DE-041437934

Bankruptcy Case Number: 26-13633

05781-ARE-DE-041437934

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2026, at 12:14 o'clock PM PDT, Ira King Jr. completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: September 13, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President